UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. MJ 14-467 |
| v. | DETENTION ORDER |
| JALEEL TARIQ ABDUL-JABBAAR, | |
| Defendant. | |

Offense charged:    Interstate Threats

Date of Detention Hearing:    December 5, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is charged by Complaint with making threats on social media realting to a police officer and his family.  At the detention hearing, the AUSA proffered an alleged effort by defendant to purchase a firearm.  Defendant's past criminal record includes a conviction in

DETENTION ORDER
PAGE - 1

this District for unlawful possession of a firearm, for which he was confined to the Bureau of Prisons for one year and served 36 months supervised release, including a 60 day term in custody for violation of the conditions of supervised release by failing to return to the residential reentry center as required.

    2.    As a result of the pending charge, defendant is likely to face eviction proceedings from his subsidized housing program. Pretrial could not verify the availability of an alternative residence with a friend.

    3.    Defendant poses a risk of nonappearance due to prior history of non-compliance with supervision, unstable residential and employment history and lack of viable release address. Defendant poses a risk of danger due to the nature of the instant offense and criminal history.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE - 2

the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 5th day of December, 2014.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE - 3