The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JALEEL TARIQ ABDUL-JABBAAR,<br><br>Defendant. | NO. CR14-358RSL<br><br>UNITED STATES'<br>SENTENCING MEMORANDUM |

## I.   Introduction.

The United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Todd Greenberg, Assistant United States Attorney, hereby files this Sentencing Memorandum regarding defendant Jaleel Tariq Abdul-Jabbaar.  The government recommends that the Court sentence the defendant to a term of imprisonment of "time served" and a term of supervised release of three years, with all of the conditions of supervised release recommended by the Probation Office.

## II.   The Facts of the Case.

The facts of this case are summarized in the Presentence Report (¶¶ 6-10) and in the Statement of Facts contained in the Plea Agreement (¶ 7).  As detailed therein, between August 14, 2014, and November 28, 2014, Abdul-Jabbaar posted on Facebook

Sentencing Memorandum -1

numerous threats to kill and/or injure former Ferguson, Missouri Police Officer Darren Wilson, his family members, and law enforcement officers more generally.  Three of the specific threatening communications are set forth verbatim in paragraphs 7 and 8 of the Presentence Report.

The threats that Abdul-Jabbaar made were particularly serious for several reasons.  First, the threats were posted by Abdul-Jabbaar over his public Facebook page that is available to be viewed by all members of the general public.  Second, the threats were particularly direct and violent – even suggesting that Officer Wilson's wife and kids should be targeted.  Third, Abdul-Jabbaar posted multiple threats over the course of several months.  This was not a situation where he was overcome with emotion at one particular moment and temporarily lost control.  Rather, he made these threats repeatedly and deliberately over a long period of time.  Lastly, Abdul-Jabbaar was attempting to acquire a firearm during the Fall of 2014, at the same time he was posting threats about "returning bullets" to Officer Wilson and his family.  Specifically, on October 29, 2014, Abdul-Jabbaar was communicating with another person (K.A.) via Facebook messaging and specifically asked whether K.A. could assist him in acquiring either a .40 caliber or a 9mm handgun.  *See* Complaint ¶ 20 (Doc. 1).

**III.   The Sentencing Guidelines Calculations.**

The government has no objections to the Sentencing Guidelines calculations set forth in the Presentence Report.  We concur that the defendant has a total offense level of 17, a Criminal History Category of II, and an advisory sentencing range of 27-33 months.

The defendant objects to the application of two Guideline enhancements.  Both of his objections border on being frivolous and should be rejected by this Court.  First, the defendant objects to a two-level enhancement for the offense involving more than two threats.  However, this enhancement is clearly supported by the facts before the Court.  For example, the Statement of Facts in the Plea Agreement refers to multiple threats ("[s]ome of Abdul-Jabbaar's postings contained threats to injure Officer D.W. and/or his

family members") and the Presentence Report quotes three of Abdul-Jabbaar's postings that are on their face threats under the law.  PSR ¶¶ 7-8.  Second, the defendant objects to the application of a six-level enhancement for the victim being a government official.  It is simply hard to fathom why this enhancement would not apply on the facts of this case.

**IV.     Sentencing Recommendation.**

The offense of conviction is a serious one.  Our civil society simply cannot tolerate the types of threatening communications made by the defendant in this case against law enforcement officers.  The fact that the defendant was prosecuted for this conduct, and convicted of a serious federal felony offense, will send a strong deterrent message to the community about how seriously the government and the courts take this conduct.

With respect to the defendant's background and characteristics, he has a significant criminal history, and is likely under-represented at a Criminal History Category II.  On the other hand, the defendant appears to suffer from mental health issues and has been struggling to find gainful employment.

On balance, the government recommends that the Court impose a custodial sentence of "time served" and a three-year term of supervised release.  In the government's view, the specific conditions of supervised release that the Court imposes are more important than the amount of jail time imposed.  We join the Probation Office in recommending the imposition of the two proposed conditions of computer monitoring and inspection.  These conditions are essential to address the offense of conviction, given that the offense was committed entirely online and through the use of computers and other electronic devices.  The Probation Office is experienced in enforcing these conditions in an appropriate manner, and they will not unduly restrict the defendant's

//
//
//

1  ability to use computers in legitimate ways, such as for his employment and/or to
2  communicate with close family members and friends.
3        DATED this 12th day of March, 2015.

    Respectfully submitted,

    ANNETTE L. HAYES
    Acting United States Attorney

    */s Todd Greenberg*
    TODD GREENBERG
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-3903
    Facsimile: 206-553-4440
    Phone: 206-553-2636
    E-mail: Todd.Greenberg4@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5041
Fax:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov