UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JALEEL TARIQ ABDUL-JABBAR,

    Defendant.

NO. CR14-358RSL

ORDER DENYING MOTION FOR RETURN OF PROPERTY

The Court, having considered the Motion for Return of Property, Dkt. # 74;

The motion is DENIED.

DATED this 14th day of November, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR RETURN OF PROPERTY